468 A.2d 844

Com. Nat'l Bank v. Arabia, III, Appellant.

Submitted September 23, 1983. C. Joseph Rehkamp, Jr., for appellant; William A. Kramer, II, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order of June 16, 1982 affirmed.